UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN, DETROIT DIVISION

In re:

                                  Case No. 03-40851-TJT

Michael T. & Guadalupe R. Manriquez

                                  Chapter 13

## APPLICATION FOR PAYMENT FROM UNCLAIMED FUNDS

The undersigned, Dilks & Knopik, LLC, Applicant and Attorney-in-Fact for Michael T. & Guadalupe R. Manriquez, Claimant, applies to the Bankruptcy Court for the Eastern District of Michigan for entry of an order directing the Clerk of the Court to remit to the applicant the sum of $2,590.34, which is the sum of all said funds having been deposited into the Treasury of the United States pursuant to an order of the Court as unclaimed funds for creditor City of Detroit/Treasury and Claim Number 13. The applicant further states that:

1.  (Indicate one of the following)

        ____     Applicant is the creditor named in the above case and states that no other application for this claim has been submitted by or at the request of the creditor

        _X_     Applicant is the duly authorized representative for the business or Corporation named as the creditor. Applicant has reviewed all records of the creditor and states that no other application for this claim has been submitted by or at the request of this creditor, to the best of Applicants knowledge and belief. An Affidavit of Creditor is attached and made part of this application.

        ____     Applicant is either a family member of the deceased creditor or a successor in interest to the individual or business named as the creditor. An original "power of attorney" conforming to the official Bankruptcy Form and/or other supporting documents, which indicated the applicants' Entitlement to this claim is attached and made part of this application.

2.  Applicant has made sufficient inquiry and has no knowledge that this claim has been previously paid, that any other application for this claim is currently pending before this court, or that any party other than the claimant is entitled to submit an application for this claim.

Application for Payment from Unclaimed Funds

3. The creditor's current mailing address and phone number are:
        Michael T. & Guadalupe R. Manriquez
        1716 Campbell St.
        Detroit, MI 48209
        313-434-6753
        SS# or Tax ID: M: 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 G: 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

4. The original dividend check was sent to the City of Detroit/Treasury The claim was regarding unpaid property taxes for the year of 2002. Those taxes have since been satisfied. Since City of Detroit/Treasury is no longer due these funds the debtors Michael T. & Guadalupe R. Manriquez are requesting release of the unclaimed funds payable to Michael T. & Guadalupe R. Manriquez. Documenttation showing the claim has been satisified by the debtors are inlcuded in the application.

Respectfully submitted this <u>December 22, 2010</u>.

                                  Brian J. Dilks, Managing Member
                                  Dilks & Knopik, LLC
                                  PO Box 2728
                                  Issaquah, WA 98027-0125
                                  (425) 836-5728
                                  Tax ID #: 74-3049851

Sworn and subscribed to, before me
this _____ 22 _____ day of _December 2010_

Caryn M. Dilks, Notary Public
for State of Washington, County of King
Commission Expires: <u>July 29, 2014</u>



UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN, DETROIT DIVISION

In re:

                              Case No. 03-40851-TJT

Michael T. & Guadalupe R. Manriquez

                              Chapter 13

**PROOF OF SERVICE**

I, the undersigned, hereby certify that on <u>December 22, 2010</u>, a copy of the Application for Payment From Unclaimed Funds by Dilks & Knopik, LLC, Applicant and Attorney-in-Fact for Michael T. & Guadalupe R. Manriquez, Claimant and Creditor in the above captioned case, was served on the United States Attorney for the Eastern District of Michigan at the following address:

        U.S. Attorney for the Eastern District of Michigan
        Attn: Michael Wicks, Civil Division- Financial Litigation
        211 West Fort Street, Suite 2001
        Detroit, MI 48226-3211

Dated: <u>December 22, 2010</u>        By: _____

                                Brian J. Dilks, Managing Member
                                Dilks & Knopik, LLC
                                PO Box 2728
                                Issaquah, WA 98027-0125
                                (425) 836-5728
                                Tax ID #: 74-3049851

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

)
)  Case: 03-40851-TJT
RE: Michael T. & Guadalupe R. )
Manriquez  )
)
)  **AUTHORITY TO ACT**
)  **Limited Power of Attorney**
  Debtor(s)  )  **LIMITED TO ONE TRANSACTION**

### USED ONLY TO COLLECT FUNDS FROM THE ABOVE REFERENCED CASE

1. **Michael T. & Guadalupe R. Manriquez** ("CLIENT"), appoints **Dilks & Knopik, LLC** ("D&K"), as its lawful attorney in fact for the limited purpose of recovering, receiving and obtaining information pertaining to the outstanding tender of funds in the amount of **$2,590.34** (the "FUNDS"), including the right to collect on CLIENT's behalf any such funds that are held by a governmental agency or authority.

2. CLIENT grants to D&K the authority to do all things legally permissible and reasonably necessary to recover or obtain the FUNDS held by the governmental agency or authority. This limited authority includes the right to receive all communications from the governmental agency or authority and to deposit checks payable to CLIENT for distribution of the FUNDS to CLIENT, less the fee payable to D&K pursuant to and in accordance with its agreement with CLIENT.

3. D&K may not make any expenditure or incur any costs or fees on behalf of CLIENT without CLIENT's prior written consent.

4. This Authority to Act shall become effective on the below signed date and shall expire upon collection of the aforementioned FUNDS. I authorize the use of a photocopy of this Limited Power of Attorney in lieu of the original.

_Michael T Manriquez_   _11 - 3_ , 20 _10_
Michael T. Manriquez   Date
Tax ID: XXX-XX- _0 8 8 8_

_Guadalupe R. Manriquez_   _11 - 3_ , 20 _10_
Guadalupe R. Manriquez   Date
Tax ID: XXX-XX- _6 7 5 0_

### ACKNOWLEDGMENT

STATE OF _Michigan_ )  COUNTY OF _WAYNE_ )

On this _3Rd_ day of _November_ , _2010_ , before me, the undersigned Notary Public in and for the said County and State, personally appeared (name) _Michael T. and Guadalupe Manriquez_ known to me to be the person described in and who executed the foregoing instrument, and who acknowledged to me that (circle one) he/she did so freely and voluntarily and for the uses and purposes therein mentioned.

WITNESS my hand and official seal.

NOTARY PUBLIC _Tamika C. Shepard_

Residing at _____

My Commission expires _12 - 5 - 14_

TAMIKA C. SHEPARD
NOTARY PUBLIC, STATE OF MI
COUNTY OF WAYNE
MY COMMISSION EXPIRES Dec 5, 2014
ACTING IN COUNTY OF



**MICHIGAN**

OPERATOR LICENSE

DONOR ♥

EXPIRES
~~-2014

GUADALUPE RIVERA MANRIQUEZ
1716 CAMPBELL ST
DETROIT, MI 48209-2152

| Date of birth | Sex | Height | Eyes | Lic Type | Endorsements |
|---|---|---|---|---|---|
| ~~-1958 | F | 410 | BRO | 0 | NONE |

Restrictions: NONE

See back for medical
information, anatomical gift

H. Manriquez

Y134138



**MICHIGAN**

OPERATOR LICENSE

EXPIRES
~~-2012

MICHEAL THOMAS MANRIQUEZ
1716 CAMPBELL ST
DETROIT, MI 48209-2152

| Date of birth | Sex | Height | Eyes | Lic Type | Endorsements |
|---|---|---|---|---|---|
| ~~-1948 | M | 508 | BRO | 0 | NONE |

Restrictions: Corrective Lens

See back for medical
information, anatomical gift

W365139

UNITED STATE BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In Re: )
)
**Michael T. & Guadalupe R.** ) Case No. **03-40851-TJT**
**Manriquez** )
)
_____Debtor(s)_____ )

## AFFIDAVIT OF CLAIMANT

We, Michael T. & Guadalupe R. Manriquez, do hereby state that we are the claimants to the unclaimed funds referenced in this application and that we are, to the best of our knowledge, the legal owners of these funds.

Mailing address:
1716 Campbell St.
Detroit, MI 48209

Phone Number: 313-434-6753

Social Security Number: XXX-XX _0 8 2 8_  Social Security Number: XXX-XX _6750_

1. Claimant History: The original disbursement check was issued to City of Detroit/Treasury. These funds were owed for property taxes. The property taxes that the claim in this case was made for has been paid in full and the funds are owed back to the debtors, Michael T. & Guadalupe R. Manriquez.

2. I (or the company which I represent) neither have previously received remittance for this claim nor contracted with any other party other than the person named in item one above to recover these funds.

We declare under the penalty of perjury that the foregoing copy is true and correct.

Dated: _11-3-10_                Signature of Claimant _____
                                                   Michael T. Manriquez

Dated: _11-3-10_                Signature of Claimant _____
                                                   Guadalupe R. Manriquez

Sworn to and Subscribed before me this
_3rd_ day of _November_, 20_10_
_Tamika C. Shepard_
NOTARY PUBLIC AT LARGE
STATE OF _Michigan_

TAMIKA C. SHEPARD
NOTARY PUBLIC, STATE OF MI
COUNTY OF WAYNE
MY COMMISSION EXPIRES Dec 5, 2014

TAMIKA C. SHEPARD
NOTARY PUBLIC, STATE OF MI
COUNTY OF WAYNE
MY COMMISSION EXPIRES Dec 5, 2014
ACTING IN COUNTY OF _WAYNE_

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

RE:     )   Case: 03-40851-TJT
     )
Michael T. & Guadalupe R. Manriquez   )   **AFFIDAVIT OF TAXES PAID**
     )
Debtor(s)     )

We, Michael T. & Guadalupe R. Manriquez, under the penalty of perjury under the laws of the United States of America declare (or certify, verify or state) that the following statements and information are true and correct:

1. City of Detroit/Treasury filed a claim in our bankruptcy for taxes owed in 2002.

2. The taxes owed to City of Detroit were paid off prior to the $2,590.34 being issued by the court.

3. Claim number 13 has been paid in full and no taxes are due to the City of Detroit/Treasury for the 2002 tax year.

Dated   _12 - 14 - 10_    By: _Michael Manriquez_
                   Michael T. Manriquez

Dated   _12 - 14 - 10_    By: _Guadalupe R. Manriquez_
                   Guadalupe R. Manriquez

STATE OF _Michigan_ , COUNTY OF _Wayne_
On _12 - 14 - 10_ before me, personally appeared (insert name of the signer)

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my had and official seal.

_Tamika C. Shepard_
Notary Public

(SEAL)

My commission expires on _12 - 5 - 14_

TAMIKA C. SHEPARD
NOTARY PUBLIC, STATE OF MI
COUNTY OF WAYNE
MY COMMISSION EXPIRES Dec 5, 2014
ACTING IN COUNTY OF _Wayne_